Keith M. Woodwell (#7353)
Jake Taylor (#10840)
CLYDE SNOW & SESSIONS
201 South Main Street, #2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
kmw@clydesnow.com
jst@clydesnow.com

*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENY FELIX TUCHINSKY, et. al.,<br><br>Defendants. | **JUDICIAL PETITION**<br><br>Case No. 2:19CR00394-RJS-DBP<br><br>Judge Ted Stewart |

Jonathan Kirk Glancy, through counsel and pursuant to 21 U.S.C. § 853(n), hereby petitions for a court hearing regarding the validity of his ownership interest in forfeited property, to wit: his ownership interest in Salt Lake Commercial Properties LLC.

(i) *The particular property in which Mr. Glancy claims a legal right, title, or interest.*

Mr. Glancy claims a legal, right, and ownership interest in Salt Lake Commercial Properties, LLC ("SLCP").

(ii) *The nature and extent of Mr. Glancy's right, title, or interest in the particular property.*

Mr. Glancy owns 12.5 percent of SLCP. He purchased this ownership on May 1, 2014 (see attached tax returns, p. 51).

{02071106-1 }

(iii)   *The time and circumstances of your acquisition of the right, title, and interest in the particular property.*

(See above response)

(iv)   *Any additional facts and documents supporting Mr. Glancy's claim.*

In support of his claim, Mr. Glancy submits the following documents, attached hereto:

- Corporate filings and tax documents demonstrating formation of Transportation Staffing Solutions LLC ("TSS") (later known as SLCP) on May 1, 2014
- A 2018 tax return reflecting Mr. Glancy's 12.5 percent ownership interest since May 1, 2014.
- A corporate filing dated February 9, 2016 reflecting the naming change from TSS to SLCP removing Mr. Glancy as a manager and adding him as a member.

(v)   *The relief sought.*

Mr. Glancy seeks to retain his legal right, title, and ownership interest in SLCP.

DATED this 26th day of October 2022.

/s/ Jake Taylor
Keith M. Woodwell
Jake Taylor
*Attorneys for Petitioner*

## CERTIFICATION

I, Jonathan Kirk Glancy, hereby certify under penalty of perjury, that all the facts contained herein are true and correct.

Jonathan Kirk Glancy

{02071106-1 }                           2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of October 2022, I served the foregoing document via hand delivery with:

  United States District Court – District of Utah
  Room 150
  South West Temple, Salt Lake City, Utah 84101

I hereby certify that on the 26th day of October 2022, I served the foregoing document via United States Mail, postage prepaid, with:

  Cy Castle, Assistant United States Attorney
  111 South Main Street, Suite 1800
  Salt Lake City, Utah 84111


            /s/ Lyndee Aardema